**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISCTRICT OF DELAWARE**

| | | |
|---|---|---|
| JONATHAN NARVAEZ BENITEZ, | ) | |
| | ) | No. 1:23-cv-00907-GBW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CRAB HOUSE REHOBOTH, LLC | ) | |
| d/b/a CRAB HOUSE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

PLEASE TAKE NOTICE that Plaintiff hereby dismisses the above-captioned action with prejudice.

Respectfully submitted:

*/s/ Adam F. Wasserman*
Adam F. Wasserman, Esq. (#5814)
Ciconte Wasserman & Scerba, LLC
1300 King Street
Wilmington, DE 19801
(302) 658-7101
awasserman@cskdelaw.com
*Attorneys for Plaintiff*

1